# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-251-18 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ELIZABETH GALLAGHER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on September 14, 2021 and a supplemental report was filed on November 1, 2021. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on October 6, 2021. The defendant admitted to the following violations:

    1. New Law Violations.

The magistrate judge filed a report and recommendation on October 6, 2021, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of her supervised release.

A final supervised release violation hearing was conducted on November 4, 2021. Defendant Elizabeth Gallagher was present and represented by Attorney Khalida Sims.

The United States was represented by Assistant United States Attorney Brad J. Beeson. United States Probation Officer Christopher Trent was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of her supervised release as set forth in Violation No. 1 (New Law Violation).

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 24 months, to be served concurrently with the unexpired sentence in Cuyahoga County Court of Common Pleas case 21-cr-660525.

No Supervised Release to follow.

**IT IS SO ORDERED**.

Dated: November 4, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**